United States District Judge Honorable Robert S. Lasnik

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17

UNITED STATES DISTRICT COURT

18

WESTERN DISTRICT OF WASHINGTON

19

SEATTLE

| | |
|---|---|
| 20  DAVID FUNDEN II | ) Case No.: 2:16-CV-01311-RSL |
| 21              Plaintiff, | ) |
| | ) |
| 22          v. | ) ~~PROPOSED~~ ORDER |
| | ) |
| 23  NANCY BERRYHILL, ACTING | ) |
| COMMISSIONER OF SOCIAL SECURITY | ) |
| 24  ADMINISTRATION, | ) |
| 25              Defendant | ) |
| | ) |

~~PROPOSED~~ ORDER - 1

THA WIN, ATTORNEY
606 Maynard Avenue South, Suite 201
SEATTLE, WA 98104

Based upon the Stipulation of the parties, the Equal Access to Justice Act (EAJA), 28

U.S.C. § 2412, and Plaintiff's EAJA petition, it is hereby ordered that EAJA attorney's fees of

$6517.00, shall be awarded to Plaintiff pursuant to *Astrue v. Ratliff*, 130 S.Ct. 2521 (2010).  If it

is determined that Plaintiff's EAJA fees are not subject to any offset allowed under the

Department of the Treasury's Offset Program, then the check for EAJA fees shall be made

payable to Tha Win, based upon Plaintiff's assignment of these amounts to Plaintiff's attorney.

Any check for EAJA fees shall be mailed to Plaintiff's counsel, Tha Win, at 606 Maynard Ave.

South, Suite 201, Seattle, WA 98104.

Dated this _21st_ day of September 2017.

_MM S Casink_
UNITED STATES JUDGE

Presented by:

Tha Win WSB #23217
Attorney for Plaintiff
606 Maynard Avenue South, Suite 201
Seattle, WA 98104
Phone 206 903-0289
Fax 206 720-9710

PROPOSED ORDER - 2